Joseph G. BROWN, Jr., Plaintiff–Appellant,

v.

Officer FOSTER, Jailer, Fauquier County Sheriff's Department; Officer Stewart, Jailer, Fauquier County Sheriff's Department; Sergeant Shorter, Officer in Charge, Fauquier County Sheriff's Department; David A. Flohr, Major of Jail Operations, Fauquier County Sheriff's Department, Defendants–Appellees.

No. 03–7221.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 8, 2003.

Decided Oct. 24, 2003.

Joseph G. Brown, Jr., Appellant Pro Se.

Before WILKINSON, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Joseph G. Brown, Jr. appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Brown v. Foster*, No. CA–03–494–2 (E.D.Va. filed July 16, 2003; entered July 17, 2003). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*